```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 00048
   SUSAN MATHEW
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6142

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/03/2008 and was not confirmed.

     The case was dismissed without confirmation 02/25/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
US BANK NA                NOTICE ONLY    NOT FILED            .00           .00
OCWEN FEDERAL BANK        CURRENT MORTG        .00            .00           .00
OCWEN FEDERAL BANK        SECURED NOT I   44086.54            .00           .00
CAPITAL ONE               UNSECURED         237.21            .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                      --------------       --------------
TOTALS                      .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 05/23/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```